UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Leoncio Gutierrez-Vela,<br><br>                    Petitioner<br><br>v.<br><br>Todd Blanche, et al.,[1]<br><br>                    Respondents | Case No. 2:26-cv-01390-CDS-EJY<br><br>**Order Granting the Petitioner's<br>Voluntary Motion to Dismiss Action**<br><br>[ECF No. 6] |

On May 4, 2026, petitioner Leonico Gutierrez-Vela initiated this action. Pet., ECF No. 4. The petitioner now moves to voluntarily dismiss his writ of habeas corpus petition. Mot. to dismiss, ECF No. 6. No opposition has been filed. In the absence of a stipulation signed by all parties who have appeared, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, Gutierrez-Vela specifically requested that this action be dismissed without prejudice. Accordingly, the petitioner's writ of habeas corpus petition is dismissed without prejudice.

**Conclusion**

IT IS ORDERED that the petitioner's motion to dismiss without prejudice **[ECF No. 6] is GRANTED.**

The Clerk of the Court is kindly directed substitute Todd Blanche for Pamela Bondi and to close this case.

Dated: June 12, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] Because Pamela Bondi is no longer the Attorney General, the Clerk of Court is directed to substitute Todd Blanche, Acting Attorney General.